# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KAITLIN ARRENDONDO, INDIVIDUALLY AND ON
BEHALF OF HER MINOR CHILDREN, AYDEN
AYMOND AND ALLISON AYMOND

VERSUS

UNDERWRITER'S AT LLOYD'S OF LONDON, BAYOU
GUN RUNNER, L.L.C., CARLOS NEAL DAVILA,
UNITED SERVICES AUTOMOBILE ASSOCIATION
AND THE STATE OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION

### CONSOLIDATED WITH

BETTY SCARBOROUGH, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE OF HER DECEASED SON,
LAWRENCE SCARBOROUGH

VERSUS

UNITED STATES AUTOMOBILE ASSOCIATION, EAN
HOLDINGS, LLC, CARLOS DAVILA, KAITLIN
ARRENDONDO, ABC INSURANCE COMPANY, AND
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY

### CONSOLIDATED WITH

RASHONDRIK RAMI

VERSUS

UNDERWRITER'S AT LLOYD'S OF LONDON, BAYOU
GUN RUNNER, LLC, CARLOS NEAL DAVILA,
UNITED SERVICES AUTOMOBILE ASSOCIATION
AND THE STATE OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION

### CONSOLIDATED WITH

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY AND BETTY LEGIER SCARBOROUGH IN
HER CAPACITY AS INDEPENDENT
ADMINISTRATRIX OF THE SUCCESSION OF
LAWRENCE DUNBAR SCARBOROUGH III

VERSUS

CARLOS DAVILA, USAA CASUALTY INSURANCE
COMPANY, EAN HOLDINGS, LLC, KAITLYN
ARRENDONDO, AND ABC INSURANCE COMPANY

### CONSOLIDATED WITH

STATE OF LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION AND
DEVELOPMENT

VERSUS

**JAN 16 2020**

CARLOS DAVILA NEAL, EAN HOLDINGS, LLC,
AND UNITED SERVICES AUTOMOBILE
ASSOCIATION

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

**JAN 1 6 2020**

In Re:    Certain Underwriters at Lloyd's, London, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, Nos. 48038 c/w 48069 c/w 48072 c/w 48082 c/w 48087.

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT